■ ELLA YOUNG, Appellant, v. ANTHONY PIRUNDINI, Respondent.— In an action to recover damages for personal injuries, the appeal is from so much of an order as on reargument adhered to the original determination which denied appellant's motion to vacate an order dismissing the complaint for failure to prosecute. Order insofar as appealed from affirmed, without costs. No opinion. Nolan, P. J., Beldock, Ughetta and Christ, JJ., concur; Pette, J., not voting.

## (April 18, 1960)

■ FRANCES D'AMBROGIO, Appellant, v. JOSEPH D'AMBROGIO, Respondent.— Motion referred to the court that rendered the decision. Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Nolan, P. J., Ughetta, Kleinfeld, Pette and Brennan, JJ., concur.

■ JOSEPH U. FIORE, Appellant, v. PASQUALE AMORUSO et al., Respondents, and FRANK FERRINO et al., Intervenors-Respondents.— Motion referred to the court that rendered the decision. Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur. Motion for reargument denied, without costs. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ JOHN J. GOOS, Appellant, v. ANTHONY PENNISI, Respondent.— Motion referred to the court that rendered the decision. Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur. Motion for resettlement of order entered February 29, 1960 granted to the extent of deleting proposed finding of fact numbered 25 and proposed conclusion of law numbered 4 from said order. Such order is deemed to be resettled and amended accordingly. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.